■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GONSLEE GORDON, Appellant. [17 NYS3d 858]—Judgment, Supreme Court, Bronx County (Judith Lieb, J.), rendered July 27, 2011, convicting defendant, upon his plea of guilty, of criminal contempt in the second degree, and sentencing him to a term of one year, and imposing an order of protection, unanimously affirmed.

Defendant failed to preserve his challenge to the issuance of the order of protection, and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. The record sufficiently reflects the reasons for the imposition of the order of protection (*see* CPL 530.12 [5]). Concur—Gonzalez, P.J., Mazzarelli, Richter and Manzanet-Daniels, JJ.